# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ANNETTE ANDERSON and RAY ANDERSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Cause No. CV **17-00023-DLC-RWA** <br><br> **ORDER** |

Counsel having advised the Court that this matter is settled,

IT IS ORDERED that counsel are directed to file their stipulation for dismissal, with prejudice, on or before **April 5, 2018**, or in the alternative, to advise the Court by said date why dismissal has not occurred.

IT IS FURTHER ORDERED that the Court's Order of March 13, 2018, is vacated and withdrawn as moot.

Done and dated this 15th day of March, 2018.

    /s/ Richard Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE