IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANNETTE ANDERSON and RAY ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Cause No. CV **17-00023-DLC-RWA**<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice,

IT IS ORDERED that this action is dismissed with prejudice, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Done and dated this 25th day of April, 2018.

/s/ Richard Anderson
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE